IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROLLIE BRUVOLD,

        Petitioner,

vs.                                           No. CIV-12-217  JCH/ACT

RAMON RUSTIN, Warden,

        Respondent.

## ORDER

THIS MATTER having come before the Court on the motion of Respondents for a forty-five (45) day extension of time to file an Answer herein, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Respondent's motion is granted and Respondent shall have until August 16, 2012, to file an Answer.

                                                                _____
                                                                UNITED STATES MAGISTRATE JUDGE